# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | Case No. 05-41439 |
| South Texas Physician Services, Inc | § § § § | |
| Debtor(s). | § | |

## Order for Payment of Unclaimed Funds

Upon the application of  Texas Workforce Commission  ,

seeking payment of $ 428.59  representing funds previously unclaimed by

> Texas Workforce Commission
> 101 E 15th St, Rm 556, Rick Diaz
> Austin, TX 78778-0001

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Texas Workforce Commission  is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 428.59  to:

> Texas Workforce Commission
> 101 E 15th St, Rm 556, Rick Diaz
> Austin, TX 78778-0001

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge